**PRISONER CASE**



08CV3979
JUDGE BUCKLO
MAG. JUDGE NOLAN

UNIT
NOR

**FILED**
J:N
JUL 1 4 2008
Jul 14, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## Civil Cover Sheet

**Plaintiff(s):** United States of America ex rel. TONY ANDERSON

**Defendant(s):** TERRY L. MCCANN, etc., et al.

**County of Residence:** WILL

**County of Residence:**

**Plaintiff's Address:**
Tony Anderson
B-16044
Stateville - STV
P.O. Box 112
Joliet, IL  60434

**Defendant's Attorney:**
Chief of Criminal Appeals
Illinois Attorney General's Office
100 West Randolph - 12th Floor
Chicago, IL  60601

**Basis of Jurisdiction:**
[ ] 1. U.S. Government Plaintiff
[✓] 3. Federal Question (U.S. gov't. not a party)
[ ] 2. U.S. Government Defendant
[ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
[✓] 1. Original Proceeding
[ ] 2. Removed From State Court
[ ] 3. Remanded From Appellate Court
[ ] 4. Reinstated or Reopened
[ ] 5. Transferred From Other District
[ ] 6. MultiDistrict Litigation
[ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2254

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** A. E. Woodham   **Date:** 7/14/2008

Bucklo 03C1927
Nolan