

7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

FILED
JUL 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

_____
Plaintiff

v.

_____
Defendant(s)

08CV3979
JUDGE BUCKLO
MAG. JUDGE NOLAN

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, __Tony Anderson__, declare that I am the ☐plaintiff ☒petitioner ☐movant (other _____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒Yes   ☐No   (If "No," go to Question 2)
   I.D. # __B-16044__   Name of prison or jail: __Staleville Corr. CTR.__
   Do you receive any payment from the institution? ☐Yes ☐No   Monthly amount: _____

2. Are you currently employed? ☐Yes ☒No
   Monthly salary or wages: __None__
   Name and address of employer: __None__

   a. If the answer is "No":
      Date of last employment: __None__
      Monthly salary or wages: __None__
      Name and address of last employer: __None__

   b. Are you married? ☐Yes ☒No
      Spouse's monthly salary or wages: __None__
      Name and address of employer: __None__

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages                                              ☐Yes   ☐No
      Amount __None__   Received by __None__

b. ☐ Business, ☐ profession or ☐ other self-employment ☐ Yes ☑ No
Amount  Nowe  Received by  Nowe

c. ☐ Rent payments, ☐ interest or ☐ dividends ☐ Yes ☑ No
Amount  Nowe  Received by  Nowe

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
☐ Yes ☑ No
Amount  None  Received by  Nowe

e. ☐ Gifts or ☐ inheritances ☐ Yes ☐ No
Amount _____ Received by _____

f. ☐ Any other sources (state source: _____ ) ☐ Yes ☐ No
Amount _____ Received by _____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts? ☐ Yes ☐ No Total amount: Nowe
In whose name held: Nowe  Relationship to you: Nowe

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments? ☐ Yes ☐ No
Property: Nowe  Current Value: Nowe
In whose name held: Nowe  Relationship to you: Nowe

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)? ☐ Yes ☐ No
Address of property: Nowe
Type of property: Nowe  Current value: Nowe
In whose name held: Nowe  Relationship to you: Nowe
Amount of monthly mortgage or loan payments: Nowe
Name of person making payments: Nowe

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
☐ Yes ☑ No
Property: Nowe
Current value: Nowe
In whose name held: Nowe  Relationship to you: Nowe

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐ No dependents
Nowe
Now

-2-

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: June 28, 08

_Tony Anderson_
Signature of Applicant

_Tony Anderson_
(Print Name)

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Tony Anderson, I.D.# B16044, has the sum of $ 73.17 on account to his/her credit at (name of institution) Stateville C.C.
I further certify that the applicant has the following securities to his/her credit: —. I further certify that during the past six months the applicant's average monthly deposit was $ 75.77.
(Add all deposits from all sources and then divide by number of months).

7-1-08
DATE

_T. C_____
SIGNATURE OF AUTHORIZED OFFICER

_T. Cirricione_
(Print name)

rev. 7/18/02

-3-

Date: 7/1/2008　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1
Time: 10:57am
d_list_inmate_trans_statement_composite

# Stateville Correctional Center
## Trust Fund
### Inmate Transaction Statement

REPORT CRITERIA - Date: 01/01/2008 thru End;   Inmate: B16044;   Active Status Only ? : No;   Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print
Balance Errors Only ? : No

**Inmate: B16044 Anderson, Tony**　　　　　　　　　　**Housing Unit: STA-F -04-05**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | **Beginning Balance:** |  | 80.93 |
| 01/03/08 | Disbursements | 81 Legal Postage | 003390 | Chk #137986 | j0101157, DOC: 523 Fund Inmate, Inv. Date: 01/01/2008 | -6.11 | 74.82 |
| 01/03/08 | Disbursements | 81 Legal Postage | 003390 | Chk #137986 | j0101158, DOC: 523 Fund Inmate, Inv. Date: 01/01/2008 | -5.94 | 68.88 |
| 01/03/08 | Point of Sale | 60 Commissary | 0037142 | 519702 | Commissary | -34.58 | 34.30 |
| 01/04/08 | Mail Room | 01 MO/Checks (Not Held) | 0042164 | 11162932345 | Smith, Evelyn | 25.00 | 59.30 |
| 01/07/08 | Disbursements | 80 Postage | 007390 | Chk #138019 | C0104044, DOC: 523 Fund Inmate, Inv. Date: 01/04/2008 | -6.11 | 53.19 |
| 01/07/08 | Point of Sale | 60 Commissary | 0077135 | 520035 | Commissary | -1.47 | 51.72 |
| 01/09/08 | Payroll | 20 Payroll Adjustment | 009190 |  | P/R month of 12/2007 | 23.04 | 74.76 |
| 01/10/08 | Point of Sale | 60 Commissary | 0107142 | 520741 | Commissary | -1.30 | 73.46 |
| 01/14/08 | Point of Sale | 60 Commissary | 0147142 | 521078 | Commissary | -23.48 | 49.98 |
| 01/22/08 | Point of Sale | 60 Commissary | 0227142 | 522668 | Commissary | -16.90 | 33.08 |
| 01/29/08 | Point of Sale | 60 Commissary | 0297142 | 523514 | Commissary | -17.45 | 15.63 |
| 02/06/08 | Point of Sale | 60 Commissary | 0377142 | 524271 | Commissary | -7.58 | 8.05 |
| 02/08/08 | Payroll | 20 Payroll Adjustment | 039190 |  | P/R month of 01/2008 | 19.77 | 27.82 |
| 02/11/08 | Payroll | 20 Payroll Adjustment | 0421148 |  | Jan Adjustment | 9.06 | 36.88 |
| 02/11/08 | Point of Sale | 60 Commissary | 0427135 | 525165 | Commissary | -.70 | 36.18 |
| 02/12/08 | Point of Sale | 60 Commissary | 043721 | 525390 | Commissary | -8.69 | 27.49 |
| 02/19/08 | Point of Sale | 60 Commissary | 0507142 | 526523 | Commissary | -7.01 | 20.48 |
| 03/07/08 | Point of Sale | 60 Commissary | 067783 | 528415 | Commissary | -6.68 | 13.80 |
| 03/10/08 | Payroll | 20 Payroll Adjustment | 070190 |  | P/R month of 02/2008 | 16.46 | 30.26 |
| 03/10/08 | Point of Sale | 60 Commissary | 0707135 | 528756 | Commissary | -5.82 | 24.44 |
| 03/14/08 | Point of Sale | 60 Commissary | 0747142 | 529734 | Commissary | -24.04 | .40 |
| 03/17/08 | Mail Room | 01 MO/Checks (Not Held) | 0772129 | 20058335178 | Hatten, Joseph | 50.00 | 50.40 |
| 03/17/08 | Mail Room | 01 MO/Checks (Not Held) | 0772129 | 20058335177 | Hatten, Joseph | 50.00 | 100.40 |
| 03/17/08 | Mail Room | 01 MO/Checks (Not Held) | 077291 | 334277 | Perot, Marie | 50.00 | 150.40 |
| 03/17/08 | Mail Room | 01 MO/Checks (Not Held) | 077291 | 334275 | Perot, Marie | 50.00 | 200.40 |
| 03/17/08 | Mail Room | 01 MO/Checks (Not Held) | 077291 | 334389 | Perot, Marie | 50.00 | 250.40 |
| 03/17/08 | Mail Room | 01 MO/Checks (Not Held) | 077291 | 334276 | Perot, Marie | 50.00 | 300.40 |
| 03/24/08 | Point of Sale | 60 Commissary | 0847137 | 530694 | Commissary | -19.23 | 281.17 |
| 03/26/08 | Disbursements | 80 Postage | 086390 | Chk #139547 | g0326068, DOC: 523 Fund Inmate, Inv. Date: 03/26/2008 | -.82 | 280.35 |
| 04/07/08 | Payroll | 20 Payroll Adjustment | 098190 |  | P/R month of 03/2008 | 18.66 | 299.01 |
| 04/08/08 | Disbursements | 80 Postage | 099390 | Chk #139776 | g0407040, DOC: 523 Fund Inmate, Inv. Date: 04/07/2008 | -1.65 | 297.36 |
| 04/09/08 | Point of Sale | 60 Commissary | 1007137 | 531871 | Commissary | -18.11 | 279.25 |
| 04/16/08 | Disbursements | 80 Postage | 107390 | Chk #139937 | j0410003, DOC: 523 Fund Inmate, Inv. Date: 04/10/2008 | -1.99 | 277.26 |
| 04/17/08 | Point of Sale | 60 Commissary | 1087142 | 533350 | Commissary | -35.75 | 241.51 |
| 04/25/08 | Point of Sale | 60 Commissary | 1167150 | 534642 | Commissary | -56.46 | 185.05 |
| 04/28/08 | Disbursements | 80 Postage | 119390 | Chk #140195 | C0425027, DOC: 523 Fund Inmate, Inv. Date: 04/25/2008 | -2.33 | 182.72 |
| 05/09/08 | Point of Sale | 60 Commissary | 1307135 | 536069 | Commissary | -20.69 | 162.03 |
| 05/13/08 | Payroll | 20 Payroll Adjustment | 1341148 |  | P/R month of 04/2008 | 12.08 | 174.11 |
| 05/14/08 | Disbursements | 80 Postage | 135337 | Chk #140426 | g0507211, DOC: 523 Fund Reimbu, Inv. Date: 05/07/2008 | -2.50 | 171.61 |
| 05/14/08 | Disbursements | 80 Postage | 135337 | Chk #140426 | g0507175, DOC: 523 Fund Reimbu, Inv. Date: 05/07/2008 | -3.86 | 167.75 |
| 05/14/08 | Disbursements | 80 Postage | 135337 | Chk #140426 | g0509138, DOC: 523 Fund Reimbu, Inv. Date: 05/09/2008 | -.58 | 167.17 |
| 05/16/08 | Point of Sale | 60 Commissary | 137793 | 537807 | Commissary | -12.45 | 154.72 |
| 05/23/08 | Point of Sale | 60 Commissary | 1447137 | 539128 | Commissary | -52.72 | 102.00 |

Date: 7/1/2008
Time: 10:57am
d_list_inmate_trans_statement_composite

Case 1:08-cv-03979   Document 3   Filed 07/14/2008   Page 5 of 5

Stateville Correctional Center
Trust Fund
Inmate Transaction Statement

Page 2

REPORT CRITERIA - Date: 01/01/2008 thru End; Inmate: B16044; Active Status Only ? : No; Print Restrictions ? : Yes; Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include Inmate Totals ? : Yes; Print Balance Errors Only ? : No

**Inmate:** B16044 Anderson, Tony    **Housing Unit:** STA-F -04-05

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 05/30/08 | Disbursements | 84 Library | 151337 | Chk #140695 | w 520 007, DOC: 523 Fund Libra, Inv. Date: 05/20/2008 | -10.50 | 91.50 |
| 06/06/08 | Point of Sale | 60 Commissary | 1587137 | 540370 | Commissary | -19.75 | 71.75 |
| 06/10/08 | Payroll | 20 Payroll Adjustment | 1621148 | | P/R month of 05/2008 | 22.30 | 94.05 |
| 06/12/08 | Disbursements | 84 Library | 164337 | Chk #140896 | C0611012, DOC: Library Copies, Inv. Date: 06/11/2008 | -7.60 | 86.45 |
| 06/12/08 | Disbursements | 80 Postage | 164337 | Chk #140933 | g0605042, DOC: 523 Fund Inmate, Inv. Date: 06/05/2008 | -6.45 | 80.00 |
| 06/16/08 | Payroll | 20 Payroll Adjustment | 1681148 | | April adj | 8.24 | 88.24 |
| 06/30/08 | Disbursements | 84 Library | 182337 | Chk #141192 | C0624027, DOC: 523 Fund Librar, Inv. Date: 06/24/2008 | -2.50 | 85.74 |
| 06/30/08 | Disbursements | 84 Library | 182337 | Chk #141192 | C0619033, DOC: 523 Fund Librar, Inv. Date: 06/19/2008 | -5.70 | 80.04 |
| 06/30/08 | Disbursements | 80 Postage | 182337 | Chk #141195 | g0625034, DOC: 523 Fund Inmate, Inv. Date: 06/25/2008 | -6.45 | 73.59 |
| 06/30/08 | Disbursements | 80 Postage | 182337 | Chk #141195 | g0625085, DOC: 523 Fund Inmate, Inv. Date: 06/25/2008 | -.42 | 73.17 |

|  |  |
|---|---|
| **Total Inmate Funds:** | 73.17 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | .00 |
| **Funds Available:** | 73.17 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |