Dear <u>Clerk Read</u>
This Please.

Dear clerk,

FILED June 1. 2008
JUL 14 2008
Jul 14, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CV3979
JUDGE BUCKLO
MAG. JUDGE NOLAN

Hello, well. I hope and pray that the court and clerk will have some mercy in assiting me with copying my ferderal hapeas corpus Petition, so, I could proceed with my Petition.

I will pay for the copies out my state pay every month. can you make three copies. Two for the and one stamp copy filed for me.

The reason I'm requeting this. Is because This prison went on lock-down June 27, 2008 we are currently still on a level one lock-down. That why Petitioner was not able to get copies. I did not want to miss my dead-line for July 6. 2008

Tony Anderson
#B-16044
P.O. Box-112
Joliet, IL. 60434.