## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3979 | **DATE** | 8/28/08 |
| **CASE TITLE** | U.S. ex rel. Tony Anderson (B-16044) v. Terry McCann | | |

**DOCKET ENTRY TEXT:**

Petitioner's petition for habeas corpus relief submitted in the above captioned number is dismissed without prejudice to petitioner proceeding with his petition for habeas relief filed in *Anderson v. McCann*, No. 08-4135. This case is closed. The clerk shall refund petitioner the $5.00 filing fee paid in this case, and shall mail a copy of this order to Petitioner and to Standish E. Willis, 407 South Dearborn Street, Suite 1395, Chicago, IL 60605, Petitioner's attorney in Case No. 08-4135.

■ [**For further details see text below.**]                                                Docketing to mail notices.

## STATEMENT

     Petitioner Tony Anderson (B-16044), a state prisoner at Stateville Correctional Center, filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his 1991 conviction for attempted first-degree murder, armed robbery, and armed violence. At the same time his attorney filed a habeas petition on petitioner's behalf raising the same challenges to the same conviction. *See Anderson v. McCann*, No. 08-4135. Petitioner has informed the Court that he wants to proceed with the petition filed by his attorney and that he mistakenly filed the *pro se* petition in the instant case.

     Accordingly, the instant petition is dismissed and this case is closed without prejudice to petitioner proceeding with his habeas petition filed in Case No. 08-4135.

isk